**No. P68/420.**—John H. Faunce Philadelphia, Inc. *v.* United States, protest 65/553 (Philadelphia).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of X-ray diffraction and spectroscopy equipment and parts thereof, other than

X-ray tubes, similar in all material respects to those the subject of *Tice & Lynch, Inc.* v. *United States* (57 Cust. Ct. 516, C.D. 2862), the claim of the plaintiff was sustained.